1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM HOLT BAYMILLER,              No.  2: 17-cv-2458 MCE KJN P

12                  Petitioner,

13         v.                             ORDER

14   PEOPLE OF STATE OF CALIFORNIA,
     et al.,

15                  Respondent.

16

17

18         Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254.  This action is stayed while petitioner exhausts additional

20   claims in state court.

21         On November 30, 2021, the undersigned ordered petitioner to file a status report within

22   sixty days addressing the status of his habeas corpus petition filed in the Tehama County Superior

23   Court.  (ECF No. 21.)  On January 18, 2022, petitioner filed a status report.  (ECF No. 22.)  In the

24   status report, petitioner states that his habeas corpus petition is pending in the Tehama County

25   Superior Court.  (Id.)

26         Good cause appearing, petitioner is ordered to file a status report within sixty days

27   addressing the status of his habeas corpus petition filed in the Tehama County Superior Court and

28   the status of any other habeas corpus petitions filed in state court.

                                           1

On March 14, 2022, former inmate Christopher Burns filed a letter stating that he assisted petitioner in the instant action prior to his (Mr. Burns) release from prison.  (ECF No. 23.)  Mr. Burns states that his parole agent informed him that he could not correspond with petitioner.  (Id.) Mr. Burns requests that the court order that he be permitted to correspond with petitioner so that he may assist petitioner in prosecuting the instant action.  (Id.)

Petitioner did not sign the March 14, 2022 letter submitted by Mr. Burns.  Federal Rule of Civil Procedure 11 requires that all pleadings must be personally signed by unrepresented parties. The March 14, 2022 letter containing Mr. Burns' request to correspond with petitioner is disregarded because it is not signed by petitioner as required by Rule 11.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall file a status report within sixty days of the date of this order addressing the status of his habeas corpus petition filed in the Tehama County Superior Court and the status of any other habeas corpus petitions filed in state court;

2. The request to correspond with petitioner (ECF No. 23) is disregarded.

Dated:  March 23, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bay2458.sta

2