UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOLT BAYMILLER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF STATE OF CALIFORNIA, et al.,<br><br>　　　　Respondents. | No.  2:17-cv-2458 MCE KJN P<br><br><br><br>ORDER |

　　Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This action is stayed while petitioner exhausts additional claims in state court.

　　On March 23, 2022, the undersigned ordered petitioner to file a status report within sixty days addressing the status of his habeas corpus petition filed in the Tehama County Superior Court and the status of any other habeas corpus petitions filed in state court. (ECF No. 24.)  On May 6, 2022, petitioner filed a motion for an extension of time to file his status report on the grounds that he has not received information from the "lower courts" regarding his habeas petitions.  (ECF No. 25.

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 25) is granted; and

2. Petitioner shall file a status report within sixty days from the date of this order.

Dated: May 11, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

baym2458.111